# Court of Appeals
# of the State of Georgia

ATLANTA, August 16, 2021

*The Court of Appeals hereby passes the following order*

**A21A1779. FRIDA MABIAN v. DENTAL ONE ASSOCIATES (MARIETTA), LLC et al.**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13.

On August 03, 2021, this Court ordered the appellant to file an enumeration of errors and a brief no later than August 13, 2021. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 16, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*